UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GARY RHINES, | : | CIVIL ACTION NO. 3:CV-12-1332 |
| Petitioner | : | (Judge Nealon) |
| v. | : | |
| DAVID J. EBBERT, Warden, | : | |
| Respondent | : | |

## ORDER

**AND NOW, THIS 19ᵗʰ DAY OF JULY, 2012**, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. There is no basis for the issuance of a certificate of appealbility.

*/s/ William Nealon*
**United States District Judge**

FILED
SCRANTON

JUL 19 2012

PER _____
DEPUTY CLERK