UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GARY RHINES, | : | CIVIL ACTION NO. 3:CV-12-1332 |
| | : | |
| Petitioner | : | (Judge Nealon) |
| | : | |
| v. | : | |
| | : | |
| DAVID J. EBBERT, Warden, | : | |
| | : | |
| Respondent | : | |

## ORDER

**AND NOW, THIS 19th DAY OF JULY, 2012**, for the reasons set forth in the

Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1.   The petition for writ of habeas corpus (Doc. 1) is **DISMISSED**.

2.   The Clerk of Court is directed to **CLOSE** this case.

3.   There is no basis for the issuance of a certificate of appealbility.


_____
**United States District Judge**


**FILED
SCRANTON**

JUL 1 9 2012

PER _____
DEPUTY CLERK